IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NELSON MALAVE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | NO. 12-6900 |
| ACTING COMMISSIONER | : | |
| SOCIAL SECURITY | : | |

### ORDER

AND NOW, this 10th day of April, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, the Defendant's Response to Request for Review of Plaintiff, Plaintiff's Reply Brief, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment Or, In the Alternative, Plaintiff's Motion For Remand (Docket Entry No. 9) is **GRANTED IN PART, DENIED IN PART**.

3. The matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS, J.